**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 28, 2014

**Notice**

Mr. Matthew C. Blickensderfer
Frost Brown Todd
301 E. Fourth Street
Suite 3300
Cincinnati, OH 45202

Mr. Christopher Lovell
Lovell, Stewart, Halebian
61 Broadway
Suite 501
New York, NY 10006

Mr. Robert Dean MacGill
Barnes & Thornburg
11 S. Meridian Street
Indianapolis, IN 46204

Re: No. 13-5776
*Casey Hyland, et al v. HomeServices of America, Inc., et al*

Dear Counsel,

This will advise you that the case noted above is scheduled for submission to the Court on the briefs of the parties and the record on **Tuesday, March 18, 2014**. You will be promptly advised of the Court's decision, or any other order or direction it may issue.

Sincerely yours,

Lance A. Gifford
Calendar Deputy

cc: Mr. Robert W. Bishop
 Mr. Lindsey W. Ingram III
 Ms. Karoline E. Jackson
 Ms. Janet P. Jakubowicz
 Mr. Salim A. Kafiti
 Mr. Michael F. Lawrence
 Mr. David J. Michalski